United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 17-15608-jkf
Teresa Cruz                                                      Chapter 13
Francisco Rosa
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Linda          Page 1 of 1          Date Rcvd: Jul 20, 2018
                             Form ID: 155          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2018.
db/jdb        +Teresa Cruz,    Francisco Rosa,    2118 Robbins Avenue,    Philadelphia, PA 19149-2944

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor Teresa  Cruz dmo160west@gmail.com,  davidoffenecf@gmail.com
        DAVID M. OFFEN    on behalf of Joint Debtor Francisco  Rosa dmo160west@gmail.com,
         davidoffenecf@gmail.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
         jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
         PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                              TOTAL: 7

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Teresa Cruz and Francisco Rosa

          Debtor(s)                                      Chapter: 13

                                                 Bankruptcy No: 17−15608−jkf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

      AND NOW, this 18TH OF JULY 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


      A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

      B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

      C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Jean K. FitzSimon

                                        Judge ,

                                        United States Bankruptcy Court

59 − 44
Form 155