### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Teresa Cruz<br>Francisco Rosa<br>Debtors | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>Movant<br>vs. | NO. 17-15608 JKF |
| Teresa Cruz<br>Francisco Rosa<br>Debtors | 11 U.S.C. Sections 362 and 1301 |
| Scott Waterman<br>Trustee | |

### ORDER

AND NOW, this 10th day of April, 2019 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2118 Robbins Avenue A/K/A 2118 Robbins Street, Philadelphia, PA 19149 ("Property), as to Movant, its successors or assignees.

United States Bankruptcy Judge.
Jean K. FitzSimon

Teresa Cruz
2118 Robbins Avenue
Philadelphia, PA 19149

Francisco Rosa
2118 Robbins Avenue
Philadelphia, PA 19149

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Scott Waterman
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532