IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| Teresa Cruz | : | No. 17-15608-JKF |
| Francisco Rosa | : | |
| Debtors | : | |

O R D E R

AND NOW, this          day of                    , 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: May 29, 2019**

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Teresa Cruz and Francisco Rosa

PAYROLL CONTROLLER
Northeastern Precision Inc.
PO Box 928
Bensalem, PA 19020