United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teresa Cruz  
Francisco Rosa  
    Debtors

Case No. 17-15608-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Jennifer   Page 1 of 1   Date Rcvd: May 29, 2019  
                  Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.
db/jdb     +Teresa Cruz,   Francisco Rosa,   2118 Robbins Avenue,   Philadelphia, PA 19149-2944
         +Northeastern Precision Inc.,   Payroll Controller,   PO Box 928,   Bensalem, PA 19020-0928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Joint Debtor Francisco  Rosa dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      DAVID M. OFFEN    on behalf of Debtor Teresa  Cruz dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
      KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                            TOTAL: 9

```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


          IN RE                  :      CHAPTER 13
       Teresa Cruz               :      No. 17-15608-JKF
       Francisco Rosa            :
           Debtors               :
```

O  R  D  E  R

AND NOW, this            day of                   , 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____

**Date: May 29, 2019**           HONORABLE JEAN K. FITZSIMON
                                 UNITED STATES BANKRUPTCY JUDGE


cc:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Teresa Cruz and Francisco Rosa

PAYROLL CONTROLLER
Northeastern Precision Inc.
PO Box 928
Bensalem, PA 19020